UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PATRICIA HERNANDEZ | § § | |
| VS. | § § | CIVIL ACTION NO.: 21-CV-00956-XR |
| SAM'S EAST, INC. | § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE XAVIER RODRIGUEZ:

NOW COMES Plaintiff Patricia Hernandez and Defendant Sam's East, Inc. and file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed her Original Petition on August 30, 2021. Defendant Sam's East, Inc. filed an Answer to Plaintiff's Original Petition on October 1, 2021, and removed the case on October 8, 2021 (Document No. 1).

2. Plaintiff moves to dismiss the suit.

3. Defendant Sam's East, Inc. who has answered, agrees to the dismissal.

4. This case is not a class action lawsuit.

5. The parties move that the lawsuit against Defendant Sam's East, Inc. be dismissed with prejudice.

All relief not specially requested herein is hereby denied. Costs of court are taxed against the party incurring same.

Respectfully submitted,

HUMBERTO G. GARCIA, PLLC

_____
Humberto G. Garcia; SBN: 07636620
Email: hgarcia@salinastriallaw.com
6243 IH-10 West, Suite 955

San Antonio, Texas 78201
(210) 225-0909 Telephone
(210) 960-4604 Facsimile

AND

George L. Salinas, Jr.; SBN: 24044929
Email: George@salinastriallaw.com
LAW OFFICES OF GEORGE SALINAS
6243 IH-10 West, Suite 955
San Antonio, Texas 78201
(210) 225-0909 Telephone
(210) 960-4604 Facsimile
**ATTORNEYS FOR PLAINTIFF,
PATRICIA HERNANDEZ**

DAW & RAY, LLP

_/s/ E. Yancy_

James K. Floyd; SBN: 24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN: 24098642
Email: eyancy@dawray.com
14100 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANT,
SAM'S EAST, INC.**